AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| OWEN HARTY,<br>   Plaintiff,<br><br>v.<br><br><br>COMMERCIAL NET LEASE REALTY<br>LP, LTD., a *Delaware Limited Partnership,*<br>*also known as* National Retail Properties<br>LP of North Carolina *doing business as*<br>Denny's Restaurant, Raleigh, NC,<br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:09-CV-495-D |

**Decision by the Court:**

  **IT IS ORDERED AND ADJUDGED** that the Motion for Extension of Time to file the Amended Complaint is DENIED and the Amended Complaint [D.E. 18] is STRICKEN. Defendant's Motion to Dismiss [D.E. 16] is GRANTED. Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

  **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MARCH 1, 2011**</u> WITH A COPY TO:

Jacqueline Yvonne London (via CM/ECF Notice of Electronic Filing)
Joseph E. Propst, Jr. (via CM/ECF Notice of Electronic Filing)


<u>March 1, 2011</u>             DENNIS P. IAVARONE, Clerk
Date                 Eastern District of North Carolina
                  <u>/s/ Debby Sawyer      </u>
                  (By) Deputy Clerk

Raleigh, North Carolina